**IN THE UNITED STATES BANKRUPTCY COURT**
**FOR THE WESTERN DISTRICT OF PENNSYLVANIA**

IN RE: Nancy Jane Tabor                                         CHAPTER 13
        William Edward Tabor

                                                                                  BKY. NO. 18-23487 TPA
        Debtor(s)

**ENTRY OF APPEARANCE AND REQUEST FOR NOTICES**

To the Clerk:

        Kindly enter my appearance on behalf of U.S. Bank, N.A., successor trustee to LaSalle Bank National Association, on behalf of the holders of Bear Stearns Asset Backed Securities I Trust 2006-HE2, Asset-Backed Certificates Series 2006-HE2 and index same on the master mailing list.

                                                                Respectfully submitted,

                                                                **/s/James C. Warmbrodt, Esquire**
                                                                James C. Warmbrodt, Esquire
                                                                Attorney I.D. No. 42524
                                                                KML Law Group, P.C.
                                                                BNY Mellon Independence Center
                                                                701 Market Street, Suite 5000
                                                                Philadelphia, PA 19106
                                                                412-430-3594
                                                                jwarmbrodt@kmllawgroup.com