FILED
9/8/20 11:34 am
CLERK
U.S. BANKRUPTCY
COURT - WDPA

IN THE UNITED STATES BANKRUPTCY COURT
FOR THE WESTERN DISTRICT OF PENNSYLVANIA

IN RE:
WILLIAM EDWARD TABOR and                :    Case No. 18-23487-TPA
NANCY JANE TABOR,                       :
    *Debtors*                           :    Chapter 13

*Order*

The Court recently received a letter from the Debtor Husband alleging that he has made repeated requests to his bankruptcy attorney, David Colecchia, to seek approval from the Court to allow the Debtors to obtain a new motor vehicle because of dissatisfaction with their current vehicle following an accident. A copy of the letter is appended as Attachment "A". The Debtor Husband states that these requests have "fallen on deaf ears," and that he wrote the letter to the Court because he saw "no other alternative." The letter is unclear as to whether the Debtor Husband contends Attorney Colecchia has simply ignored these requests, which would be troubling, or whether he has considered the requests but counseled against pursuing the requested relief for some legal or practical reason. The Court will require Attorney Colecchia to file a written response to the letter.

AND NOW, this **8th** day of ***September, 2020***, it is **ORDERED, ADJUDGED** and **DECREED** that,

(1) **On or before September 15, 2020** Attorney David Colecchia shall, without violating attorney-client confidentiality, file a written *Response* to the letter appended as Attachment "A" and serve a copy of the *Response* on the Debtors.

(2) Upon receipt and review of the *Response*, the Court will issue a further order as it deems necessary.

                                                                                    _____
                                                                                    Thomas P. Agresti, Judge        jlm
                                                                                    United States Bankruptcy Court

Case administrator to serve:
    David Colecchia, Esq.
    Debtors
    Ronda Winnecour, Esq.

8/15/2020

File a Claim Action

18-23487-TPA William Edward Tabor and Nancy Jane Tabor
Chapter 13  Office: 2 ( Pittsburgh )

U.S. Bankruptcy Court
WESTERN dISTRICT OR PENNSYLVANIA

Dear Honorable Judge Agresti:
   Both my spouse and I had filed a Chapter 13 Bankruptcy nearly two years ago. Following that time I had made a request to my representative attorney that I become interested in the possibility of securing a second vehicle pending the bankruptcy court and your consideration. Being that my spouse Nancy was staying in Pittsburgh for several days at a time to care for her elderly parents who are both in their 80's and not doing well, during such time I became forced to remain at home with no transportation if needed for emergency or other valid reasons to depart our residence.

   Months ago and while my spouse Nancy was traveling on Rt-79 North near Bridgeville, Pa and enroute to her parents house to once again attend to their personal needs our vehicle had been struck in the rear by two separate vehicles during an attempt to slow down due to the heavy traffic in front of us. My spouse had suffered a mild head injury where she was treated at Ohio Valley Hospital in Kennedy Twp, McKees Rocks vicinity, and all others involved in the accident suffered no injuries but only damage to vehicles as did we.

   To date my spouses 2018 Nissan Altima S had been repaired at a local body shop however her vehicle now runs much differently than previous time/ accident mentioned above and we humbly seek your consideration to allow my spouse and I to trade the vehicle mentioned above for a newer model Nissan "S" 2020 version vehicle while still being in a Chapter 13 bankruptcy.

   In ending I humbly apologize to you for such letter being that I do have representation by an attorney, a Mr David A. Colecchia, however my repeated requests to him appear to have fallen on deaf ears and I feel that I had no other alternative but to contact you of my concern/ matter.

Respectfully yours,



William Edward Tabor


ATTACHMENT "A"

United States Bankruptcy Court
Western District of Pennsylvania

In re:
William Edward Tabor
Nancy Jane Tabor
    Debtors

Case No. 18-23487-TPA
Chapter 13

# CERTIFICATE OF NOTICE

District/off: 0315-2　　　　User: mgut　　　　　　　Page 1 of 1　　　　　　　　Date Rcvd: Sep 08, 2020
　　　　　　　　　　　　　Form ID: pdf900　　　Total Noticed: 1

Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Sep 10, 2020.
db/jdb　　　　+William Edward Tabor,    Nancy Jane Tabor,    P.O. Box 339,    Fayette City, PA 15438-0339

Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.
NONE.　　　　　　　　　　　　　　　　　　　　　　　　　　　　　　　　　　　　　　　　　　　　TOTAL: 0

　　　　　***** BYPASSED RECIPIENTS *****
NONE.　　　　　　　　　　　　　　　　　　　　　　　　　　　　　　　　　　　　　　　　　　　　TOTAL: 0

Addresses marked '+' were corrected by inserting the ZIP or replacing an incorrect ZIP.
USPS regulations require that automation-compatible mail display the correct ZIP.

Transmission times for electronic delivery are Eastern Time zone.

**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Sep 10, 2020　　　　　　　　　　　　　　　　　　Signature:　/s/Joseph Speetjens

---

# CM/ECF NOTICE OF ELECTRONIC FILING

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on September 8, 2020 at the address(es) listed below:
　　　　　David A. Colecchia    on behalf of Debtor William Edward Tabor colecchia542@comcast.net,
　　　　　　dcolecchia@my-lawyers.us;jmonroe@my-lawyers.us;sshipley@my-lawyers.us;rjuliano@my-lawyers.us;ekudlock@my-lawyers.us
　　　　　David A. Colecchia    on behalf of Joint Debtor Nancy Jane Tabor colecchia542@comcast.net,
　　　　　　dcolecchia@my-lawyers.us;jmonroe@my-lawyers.us;sshipley@my-lawyers.us;rjuliano@my-lawyers.us;ekudlock@my-lawyers.us
　　　　　James Warmbrodt    on behalf of Creditor    U.S. Bank, N.A., successor trustee to LaSalle Bank National Association, on behalf of the holders of Bear Stearns Et Al... bkgroup@kmllawgroup.com
　　　　　Kevin Scott Frankel    on behalf of Creditor    JPMORGAN CHASE BANK, NATIONAL ASSOCIATION, et al... pabk@logs.com
　　　　　Kevin Scott Frankel    on behalf of Creditor    Select Portfolio Servicing, Inc., et al pabk@logs.com
　　　　　Kristen D. Little    on behalf of Creditor    Select Portfolio Servicing, Inc., et al pabk@logs.com, klittle@logs.com
　　　　　Office of the United States Trustee    ustpregion03.pi.ecf@usdoj.gov
　　　　　Ronda J. Winnecour    cmecf@chapter13trusteewdpa.com
　　　　　S. James Wallace    on behalf of Creditor    Peoples Natural Gas Company LLC sjw@sjwpgh.com, srk@sjwpgh.com;PNGbankruptcy@peoples-gas.com
　　　　　William E. Craig    on behalf of Creditor    Santander Consumer USA Inc. dba Chrysler Capital ecfmail@mortoncraig.com,   mhazlett@mortoncraig.com;mortoncraigecf@gmail.com
　　　　　　　　　　　　　　　　　　　　　　　　　　　　　　　　　　　　　　　　　　　　TOTAL: 10