UNITED STATES BANKRUPTCY COURT
WESTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| In RE:  William Edward Tabor and Nancy Jean Tabor,<br>            Debtors,<br><br>William Edward Tabor and<br>Nancy Jean Tabor,<br>            Movants,<br><br>           V.<br><br>No Respondents, | Case No. 18-23487 TPA<br><br>Related to Document No. 108<br>Document No. 110 |

## REPORT OF CAR PURCHASE

Now comes the Debtors William Edward Tabor, and Nancy Jean Tabor who report purchasing a replacement vehicle pursuant to the Order entered at DD 108.

1) The Debtors purchased a 2020 Hyundai Sonata for $24,000.59.

2) The Debtors financed the purchase for 72 months at 14.10 % APR.

3) The name and address of the creditor who holds the lien on the purchase is:

Westlake Financial Services
4751 Wilshire Blvd. Suite 100
Los Angeles, CA 90010

4. Payments are to be made at the same address.

*5.* The Debtor will file an amended plan incorporating the payment and amended the current plan within 15 days.

RESPECTFULLY SUBMITTED, this 1st day of December 2020

/s/David A. Colecchia, Esquire
David A. Colecchia & Associates
Law Care
324 S. Maple Ave.
Greensburg, PA 15601
724-837-2320
724-837-0602-fax
PA ID 71830
colecchia542@comcast.net