# IN THE UNITED STATES BANKRUPTCY COURT
# FOR THE WESTERN DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| IN RE: | : | Bankruptcy No. 18-23487-TPA |
| William E. Tabor | : | |
| Nancy J. Tabor | : | Chapter 13 |
| | : | |
| Debtor(s) | : | |

<u>NOTICE OF</u>
<u>CHANGE OF ADDRESS</u>

Undeliverable Address:

    Creditor Name:    Regency Finance Company-Uniontown

    Incorrect Address:    PO Box 2045
                                    Uniontown, PA 15401

Corrected Address:

    Debtor Name:    Regency Finance Company-Uniontown

    Correct Address:    c/o Mariner Finance LLC
                                    8211 Town Center Drive,
                                    Nottingham, MD 21236

Dated: March 24, 2021

/S/David A. Colecchia, Esquire
Electronic Signature of Debtor(s)' Attorney
Law Care
David A. Colecchia and Associates
324 South Maple Ave.
Greensburg, PA 15601
724-837-2320
PA Bar I.D. 71830
dcolecchia@my-lawyers.us