**UNITED STATES BANKRUPTCY COURT**
**WESTERN DISTRICT OF PENNSYLVANIA**

| | |
|---|---|
| IN RE:<br>WILLIAM EDWARD TABOR<br>NANCY JANE TABOR<br><br>          Debtor(s)<br>RONDA J. WINNECOUR,<br>Standing Chapter 13 Trustee,<br><br>          Movant<br>     vs.<br>REGENCY FINANCE CO++<br><br>          Respondents | Case No. 18-23487TPA<br><br><br>Chapter 13<br><br><br><br>Document No __ |

**NOTICE OF FUNDS ON RESERVE**

The Movant, Ronda J. Winnecour, Chapter 13 Standing Trustee, gives notice to the above named Respondent that she has placed the Respondent-creditor's claim (identified below) on reserve, pursuant to W. PA. LBR 3002-3(f)(2), for the following reason:

CREDITOR'S MAILING ADDRESS IS DEFUNCT ACCORDING TO THE POSTAL SERVICE. NO CHANGE OF ADDRESS HAS BEEN RECEIVED.

| | |
|---|---|
| REGENCY FINANCE CO++<br>45 WEST MAIN ST<br>PO BOX 2045<br>UNIONTOWN, PA 15401 | Court claim# 11-2/Trustee CID# 6 |

The Movant further certifies that on 04/28/2021 , copies of this notice were served on the parties required to be served pursuant to W.PA.LBR 3002-3(g).

cc: debtor(s)
    original creditor
    putative creditor
    counsel for debtor(s)
    counsel for the creditor(s) (if known)

/s/ Ronda J. Winnecour
RONDA J WINNECOUR PA ID #30399
CHAPTER 13 TRUSTEE WD PA
600 GRANT STREET
SUITE 3250 US STEEL TWR
PITTSBURGH, PA  15219
(412) 471-5566
cmecf@chapter13trusteewdpa.com

DEBTOR(S):
WILLIAM EDWARD TABOR, NANCY JANE TABOR, P.O. BOX 339, FAYETTE CITY, PA  15438

DEBTOR'S COUNSEL:
DAVID A COLECCHIA ESQ, LAW CARE, 324 S MAPLE AVE, GREENSBURG, PA  15601

ORIGINAL CREDITOR'S COUNSEL:
REGENCY FINANCE &/OR FNB CDC, POB 549, NEW CASTLE, PA  16103

ORIGINAL CREDITOR:
REGENCY FINANCE CO++, 45 WEST MAIN ST, PO BOX 2045, UNIONTOWN, PA  15401

NEW CREDITOR: