FORM TPA 028-B (6/10/2020)

IN THE UNITED STATES BANKRUPTCY COURT
FOR THE WESTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| In re:<br>William Edward Tabor and Nancy Jane Tabor,<br>Debtor(s),<br>William Edward Tabor and Nancy Jean Tabor,<br>Movant(s),<br>v.<br>Select Portfolio Servicing and Ronda Winnecour, C13 Trustee,<br>Respondents, | Case No. 18-23487-TPA<br>Chapter 13<br>Document No. 129<br>Related to Document No. 128, and POC 10-1 and *doc* dated 4-15-2021 |

**NOTICE OF ZOOM HEARING AND RESPONSE DEADLINE REGARDING MOTION OF WILLIAM EDWARD TABOR AND NANCY JEAN TABOR REGARDING SECOND OBJECTION TO NOTICE OF MORTGAGE PAYMENT CHANGR**

TO THE RESPONDENT(S):

*You are hereby notified that the Movant seeks an order affecting your rights or property.*

You are further instructed to file with the Clerk and serve upon the undersigned attorney for Movant a response to the Motion by no later than May 28, 2021, in accordance with the Federal Rules of Bankruptcy Procedure, the Local Rules of this Court, and the general procedures of Judge Agresti as found on his Procedures webpage at http://www.pawb.uscourts.gov/procedures. If you fail to timely file and serve a written response, an order granting the relief requested in the Motion may be entered and the hearing may not be held. Please refer to the calendar posted on the Court's webpage to verify if a default order was signed or if the hearing will go forward as scheduled.

*You should take this Notice and the Motion to a lawyer at once.*

*A Zoom Video Conference Hearing* will be held on June 23, 2021 at 9:30 AM before Judge Thomas P. Agresti via the *Zoom Video Conference Application* ("Zoom"). To participate in and join a Zoom Hearing please initiate and use the following link at least 15 minutes prior to the scheduled Zoom Hearing time: https://www.zoomgov.com/j/16021303488, or alternatively, you may use the following: **Meeting ID: 160 2130 3488**. For questions regarding the connection, contact Judge Agresti's Staff Lawyer, Atty. Courtney Neer, at 814-464-9781. *All attorneys and Parties may only appear by Zoom* and must comply with Judge Agresti's *Amended Notice of Temporary Modification of Appearance Procedures*, dated and effective June 10, 2020, which can be found on the Court's website at https://www.pawb.uscourts.gov/sites/default/files/pdfs/tpa-proc-appearances.pdf. Under the current COVID-19 circumstances, the general public may appear telephonically if unable to do so via the Internet. When the need to appear telephonically arises members of the general public should immediately contact Staff Attorney Courtney Neer to make telephonic arrangements. Only ten minutes is being provided on the calendar. No witnesses will be heard. If an evidentiary hearing is required, it will be scheduled by the Court for a later date.

Date of Service: May 4, 2021

                                                        Respectfully Submitted,
                                                        /S/ David A. Colecchia
                                                        David A. Colecchia, Esquire
                                                        PA.I.D.No. 71830
                                                        David A. Colecchia and Associates
                                                        LAW CARE
                                                        324 South Maple Ave.
                                                        Greensburg, PA 15601
                                                        (724)-837-2320
                                                        (724)-837-0602
                                                        colecchia542@comcast.