IN THE UNITED STATES BANKRUPTCY COURT
FOR THE WESTERN DISTRICT OF THE UNITED STATES

| | |
|---|---|
| In re: William Edward Tabor and Nancy Jane. Tabor<br><br>Debtors,<br><br>William Edward Tabor and Nancy Jane. Tabor,<br><br>Movants,<br><br>vs.<br><br>Select Portfolio Servicing, Ronda J. Winnecour, the Chapter 13 Trustee,<br><br>Respondents, | Case No.: 18-23487-TPA<br>Chapter 13<br>Docket Document No. 133,<br>Related to Document: 132<br><br>Response Date: June 21, 2021<br>Hearing Date July 14, 2021 at 10:00 AM<br>via ZOOM |

## CERTIFICATE OF SERVICE

I certify under penalty of perjury that I am, and at all times hereinafter mentioned was, more than 18 years of age and that on the  7th  day of  May, 2021, I served a copy of *Order Setting a Hearing Date for Objection to Mortgage Payment Change*, filed at Document 133 and this COS by: Prepaid United States First Class Mail containing a request for return of service address on the following at:

Kristen D. Little, Authorized Agent
c/o LOGS Legal Group, LLP
3600 Horizon Drive, Suite 150
King of Prussia, PA 19406

William E. Tabor and Nancy J. Tabor
 P.O. Box 339
Fayette City, PA 15438-0339

Notice by electronic transmission was sent to the following persons/entities
David A. Colecchia on behalf of Debtor William Edward Tabor
colecchia542@comcast.net, dcolecchia@my-lawyers.us;jmonroe@my-lawyers.us;sshipley@my-lawyers.us;skerr@my-lawyers.us

David A. Colecchia on behalf of Joint Debtor Nancy Jane Tabor
colecchia542@comcast.net, dcolecchia@my-lawyers.us;jmonroe@my-lawyers.us;sshipley@my-lawyers.us;skerr@my-lawyers.us

William E. Craig on behalf of Creditor Santander Consumer USA Inc. dba Chrysler Capital

ecfmail@mortoncraig.com, mhazlett@mortoncraig.com;mortoncraigecf@gmail.com

Kevin Scott Frankel on behalf of Creditor JPMORGAN CHASE BANK, NATIONAL ASSOCIATION, et al...
pabk@logs.com, logsecf@logs.com

Kevin Scott Frankel on behalf of Creditor Select Portfolio Servicing, Inc., et al
pabk@logs.com, logsecf@logs.com

Kristen D. Little on behalf of Creditor Select Portfolio Servicing, Inc., et al
pabk@logs.com, klittle@logs.com;logsecf@logs.com

Kristen D. Little on behalf of Creditor U.S. Bank, N.A.
pabk@logs.com, klittle@logs.com;logsecf@logs.com

Brian Nicholas on behalf of Creditor U.S. Bank, N.A., successor trustee to LaSalle Bank National Association, on behalf of the holders of Bear Stearns Et Al...
bnicholas@kmllawgroup.com

Office of the United States Trustee
ustpregion03.pi.ecf@usdoj.gov

S. James Wallace on behalf of Creditor Peoples Natural Gas Company LLC
ecfpeoples@grblaw.com, PNGbankruptcy@peoples-gas.com

Ronda J. Winnecour
cmecf@chapter13trusteewdpa.com


EXECUTED ON: May 7, 2021              /s/, David A. Colecchia, Esquire
                                      David A. Colecchia & Associates
                                      Law Care
                                      324 S. Maple Ave.
                                      Greensburg, PA 15601
                                      724-837-2320
                                      PA ID 71830
                                      colecchia542@comcast.net