Form 312

**IN THE UNITED STATES BANKRUPTCY COURT
FOR THE WESTERN DISTRICT OF PENNSYLVANIA**

IN RE:

| | | |
|---|---|---|
| **William Edward Tabor** : | Case No. 18−23487−TPA |
| **Nancy Jane Tabor** : | Chapter: 13 |
| *Debtor(s)* : | |
| : | |
| William Edward Tabor : | |
| Nancy Jane Tabor : | Related to Document No. 132 Related |
| *Movant(s),* : | to Claim No. 10 |
| : | |
| v. : | Hearing Date: 7/14/21 at 10:00 AM |
| U.S. Bank, N.A. : | |
| *Respondent(s).* : | |
| : | |

**ORDER**

    *AND NOW,* this **The 6th of May, 2021,** upon consideration of the ***Debtor(s)' Objection/Response to Payment Change Notification*** filed at Doc. No. 132 ("Objection") which relates to the *Payment Change Notification* filed at Claim No. 10,

    It is hereby **ORDERED, ADJUDGED and DECREED** that:

    (1)    **On or before June 21, 2021, U.S. Bank, N.A.** shall file a ***Response*** to the *Objection* ("Response") specifically addressing each and every one of the objections asserted by the Debtor(s). Any *Response* filed by the Party originally filing the *Payment Change Notification* shall attach as an exhibit to the *Response:*

    (a)    A complete and accurate loan payment history since the date of the last payment change;

    (b)    A computation of the payment change in a format which is readily understandable by the Court and the Parties−in−Interest; and,

    (c)    A declaration by a competent official of the Creditor substantiating the veracity and accuracy of all matters pertaining to the requested *Payment Change Notification.*

    (2)    A hearing on the *Objection* is scheduled for ***July 14, 2021*** at ***10:00 AM*** in https://www.zoomgov.com/j/16021303488. See Judge Agresti's Amended Procedures effective 6/10/20 on the Court's Website.

    (3)    ***If on or before June 28, 2021,*** the Parties resolve the *Objection*, a ***Consent Order*** shall be filed. If a *Consent Order* is timely filed, the above−scheduled hearing may be cancelled and the *Consent Order* considered.

continued on reverse side or next page

   (4) If *on or before June 30, 2021,* no *Response* is filed to the *Objection*, the Debtor(s) shall file a *Certificate of No Objection*. If a *Certificate of No Objection* is timely filed, the above−scheduled hearing will be cancelled and the Court will consider the matter.

   (5) Movant(s) shall *immediately* serve this *Order* on any affected Party(ies) and file a *Certificate of Service* with the Clerk within five (5) days of this Order.

                    _____
                    Thomas P. Agresti, Judge
                    United States Bankruptcy Court

Case Administrator to serve:
 Counsel for the Movant(s)
 Counsel for Claimant

United States Bankruptcy Court

Western District of Pennsylvania

| | |
|---|---|
| In re: | Case No. 18-23487-TPA |
| William Edward Tabor | Chapter 13 |
| Nancy Jane Tabor | |
|     Debtors | |

# CERTIFICATE OF NOTICE

| | | |
|---|---|---|
| District/off: 0315-2 | User: agro | Page 1 of 2 |
| Date Rcvd: May 06, 2021 | Form ID: 312 | Total Noticed: 1 |

The following symbols are used throughout this certificate:
**Symbol    Definition**

+    Addresses marked '+' were corrected by inserting the ZIP, adding the last four digits to complete the zip +4, or replacing an incorrect ZIP. USPS regulations require that automation-compatible mail display the correct ZIP.

**Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on May 08, 2021:**

| Recip ID | | Recipient Name and Address |
|---|---|---|
| db/jdb | + | William Edward Tabor, Nancy Jane Tabor, P.O. Box 339, Fayette City, PA 15438-0339 |

TOTAL: 1

**Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.**
Electronic transmission includes sending notices via email (Email/text and Email/PDF), and electronic data interchange (EDI).

NONE

# BYPASSED RECIPIENTS

The following addresses were not sent this bankruptcy notice due to an undeliverable address, *duplicate of an address listed above, *P duplicate of a preferred address, or ## out of date forwarding orders with USPS.

| Recip ID | Bypass Reason | Name and Address |
|---|---|---|
| cr | | U.S. Bank, N.A. |

TOTAL: 1 Undeliverable, 0 Duplicate, 0 Out of date forwarding address

# NOTICE CERTIFICATION

I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.

Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed .R. Bank. P.2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.

| | | |
|---|---|---|
| Date: May 08, 2021 | Signature: | /s/Joseph Speetjens |

---

# CM/ECF NOTICE OF ELECTRONIC FILING

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on May 6, 2021 at the address(es) listed below:

| Name | Email Address |
|---|---|
| Brian Nicholas | |
| | on behalf of Creditor U.S. Bank  N.A., successor trustee to LaSalle Bank National Association, on behalf of the holders of Bear Stearns Et Al... bnicholas@kmllawgroup.com |
| David A. Colecchia | |
| | on behalf of Debtor William Edward Tabor colecchia542@comcast.net dcolecchia@my-lawyers.us;jmonroe@my-lawyers.us;sshipley@my-lawyers.us;skerr@my-lawyers.us |
| David A. Colecchia | |
| | on behalf of Joint Debtor Nancy Jane Tabor colecchia542@comcast.net dcolecchia@my-lawyers.us;jmonroe@my-lawyers.us;sshipley@my-lawyers.us;skerr@my-lawyers.us |
| Kevin Scott Frankel | |

| District/off: 0315-2 | User: agro | Page 2 of 2 |
|---|---|---|
| Date Rcvd: May 06, 2021 | Form ID: 312 | Total Noticed: 1 |

                on behalf of Creditor JPMORGAN CHASE BANK  NATIONAL ASSOCIATION, et al... pabk@logs.com, logsecf@logs.com

Kevin Scott Frankel
                on behalf of Creditor Select Portfolio Servicing  Inc., et al pabk@logs.com, logsecf@logs.com

Kristen D. Little
                on behalf of Creditor Select Portfolio Servicing  Inc., et al pabk@logs.com, klittle@logs.com;logsecf@logs.com

Kristen D. Little
                on behalf of Creditor U.S. Bank  N.A. pabk@logs.com, klittle@logs.com;logsecf@logs.com

Office of the United States Trustee
                ustpregion03.pi.ecf@usdoj.gov

Ronda J. Winnecour
                cmecf@chapter13trusteewdpa.com

S. James Wallace
                on behalf of Creditor Peoples Natural Gas Company LLC ecfpeoples@grblaw.com  PNGbankruptcy@peoples-gas.com

William E. Craig
                on behalf of Creditor Santander Consumer USA Inc. dba Chrysler Capital ecfmail@mortoncraig.com
                mhazlett@mortoncraig.com;mortoncraigecf@gmail.com

TOTAL: 11