FILED
6/25/21 9:18 am
CLERK
U.S. BANKRUPTCY
COURT - WDPA

IN THE UNITED STATES BANKRUPTCY COURT
FOR THE WESTERN DISTRICT OF THE UNITED STATES

| | |
|---|---|
| In re: William Edward Tabor and<br>Nancy Jane Tabor,<br><br>    Debtors, | Case No.: 18-23487-TPA<br>Chapter 13<br>Docket Document No<br><br>Related to Document  128 |
| William Edward Tabor and<br>Nancy Jane Tabor,<br>    Movants,<br><br>        vs.<br>JP Morgan Chase, Ronda J. Winnecour, the<br>Chapter 13 Trustee,<br>    Respondents, | |

ORDER OF COURT

This 25th day of June, 2021 upon consideration of the Debtor's objection to the Respondent's notice of mortgage payment change it is hereby ordered that the notice of mortgage payment change is denied and the Respondent shall recalculate the proper amount of escrow and re-file.

BY THE COURT:

_____ asg
Thomas P. Agresti
Bankruptcy Court Judge

United States Bankruptcy Court

Western District of Pennsylvania

| | |
|---|---|
| In re: | Case No. 18-23487-TPA |
| William Edward Tabor | Chapter 13 |
| Nancy Jane Tabor | |
|     Debtors | |

# CERTIFICATE OF NOTICE

| | | |
|---|---|---|
| District/off: 0315-2 | User: mgut | Page 1 of 2 |
| Date Rcvd: Jun 25, 2021 | Form ID: pdf900 | Total Noticed: 1 |

The following symbols are used throughout this certificate:
**Symbol**    **Definition**

+    Addresses marked '+' were corrected by inserting the ZIP, adding the last four digits to complete the zip +4, or replacing an incorrect ZIP. USPS regulations require that automation-compatible mail display the correct ZIP.

**Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Jun 27, 2021:**

| Recip ID | | Recipient Name and Address |
|---|---|---|
| db/jdb | + | William Edward Tabor, Nancy Jane Tabor, P.O. Box 339, Fayette City, PA 15438-0339 |

TOTAL: 1

**Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.**
Electronic transmission includes sending notices via email (Email/text and Email/PDF), and electronic data interchange (EDI).

NONE

# BYPASSED RECIPIENTS

The following addresses were not sent this bankruptcy notice due to an undeliverable address, *duplicate of an address listed above, *P duplicate of a preferred address, or ## out of date forwarding orders with USPS.

NONE

# NOTICE CERTIFICATION

**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed .R. Bank. P.2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Jun 27, 2021    Signature:    /s/Joseph Speetjens

---

# CM/ECF NOTICE OF ELECTRONIC FILING

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on June 25, 2021 at the address(es) listed below:

| Name | Email Address |
|---|---|
| Brian Nicholas | on behalf of Creditor U.S. Bank N.A., successor trustee to LaSalle Bank National Association, on behalf of the holders of Bear Stearns Et Al... bnicholas@kmllawgroup.com |
| David A. Colecchia | on behalf of Debtor William Edward Tabor colecchia542@comcast.net<br>dcolecchia@my-lawyers.us;jmonroe@my-lawyers.us;sshipley@my-lawyers.us;skerr@my-lawyers.us |
| David A. Colecchia | on behalf of Joint Debtor Nancy Jane Tabor colecchia542@comcast.net<br>dcolecchia@my-lawyers.us;jmonroe@my-lawyers.us;sshipley@my-lawyers.us;skerr@my-lawyers.us |
| Kevin Scott Frankel | on behalf of Creditor JPMORGAN CHASE BANK NATIONAL ASSOCIATION, et al... pabk@logs.com, logsecf@logs.com |
| Kevin Scott Frankel | on behalf of Creditor Select Portfolio Servicing Inc., et al pabk@logs.com, logsecf@logs.com |

| | | |
|---|---|---|
| District/off: 0315-2 | User: mgut | Page 2 of 2 |
| Date Rcvd: Jun 25, 2021 | Form ID: pdf900 | Total Noticed: 1 |

Kristen D. Little
    on behalf of Creditor Select Portfolio Servicing  Inc., et al pabk@logs.com, klittle@logs.com;logsecf@logs.com

Kristen D. Little
    on behalf of Creditor U.S. Bank  N.A. pabk@logs.com, klittle@logs.com;logsecf@logs.com

Office of the United States Trustee
    ustpregion03.pi.ecf@usdoj.gov

Ronda J. Winnecour
    cmecf@chapter13trusteewdpa.com

S. James Wallace
    on behalf of Creditor Peoples Natural Gas Company LLC ecfpeoples@grblaw.com  PNGbankruptcy@peoples-gas.com

William E. Craig
    on behalf of Creditor Santander Consumer USA Inc. dba Chrysler Capital ecfmail@mortoncraig.com mhazlett@mortoncraig.com;mortoncraigecf@gmail.com

TOTAL: 11