IN THE UNITED STATES BANKRUPTCY COURT
FOR THE WESTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| IN RE: William E Tabor a/k/a William Edward Tabor and Nancy Jane Tabor<br>        Debtors,<br><br>Select Portfolio Servicing, Inc. as servicer for U.S. Bank, N.A., successor trustee to LaSalle Bank National Association, on behalf of the holders of Bear Stearns Asset Backed Securities I Trust 2006-HE2, Asset-Backed Certificates Series 2006-HE2<br>        Movant.<br>v.<br><br>William E Tabor a/k/a William Edward Tabor and Nancy Jane Tabor<br>        Respondents,<br><br>Ronda J. Winnecour, Trustee<br>        Additional Respondent. | BANKRUPTCY CASE NUMBER<br>18-23487-TPA<br><br>CHAPTER 13<br><br><br>Docket #: _____<br><br>Related to Doc #128,138, 143, 144 |

## CERTIFICATE OF SERVICE

I, Kristen D. Little, an employee of the law firm of LOGS Legal Group LLP hereby certify that I caused to be served true and correct copies of the  Notice of Hearing on Motion for Reconsideration by First Class Mail, postage prepaid, at the respective last known address of each person set forth below on this July 13, 2021:

William E Tabor a/k/a William Edward Tabor
P.O. Box 339
Fayette City, PA 15438

Nancy Jane Tabor
P.O. Box 339
Fayette City, PA 15438

David A. Colecchia, Esquire
324 South Maple Avenue
Greensburg, PA 15601 - VIA ECF

Ronda J. Winnecour, Trustee
Suite 3250, USX Tower
600 Grant Street
Pittsburgh, PA 15219 - VIA ECF

United States Trustee
Sent via electronic notification ustpregion03.pi.ecf@usdoj.gov


   I HEREBY CERTIFY UNDER PENALTY OF PERJURY THAT THE FOREGOING IS
TRUE AND CORRECT.

/s/ Kristen D. Little

Christopher A. DeNardo 78447
Kristen D. Little 79992
LOGS Legal Group LLP
3600 Horizon Drive, Suite 150
King of Prussia, PA 19406
(610) 278-6800
klittle@logs.com
logsecf@logs.com