FILED
8/4/21 2:11 pm
CLERK
U.S. BANKRUPTCY
COURT - WDPA

IN THE UNITED STATES BANKRUPTCY COURT
FOR THE WESTERN DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| IN RE: | | |
| WILLIAM EDWARD TABOR and | : | Case No. 18-23487TPA |
| NANCY JANE TABOR | : | Chapter 13 |
|    *Debtors* | : | |
| | : | Related to Document No. 146 |
| WILLIAM EDWARD TABOR and | : | |
| NANCY JANE TABOR | : | |
|    *Movants* | : | |
| v. | : | |
| AARON'S ADVANCED DISPOSAL | : | |
| AMERIMARK PREMIER CHASE | : | |
| MORTGAGE, CHRYSLER CAPITAL | : | |
| COLLECTION SERVICE, CENTER | : | |
| CREDIT COLLECTIONS/USA, | : | |
| CREDIT MANAGEMENT | : | |
| COMPANY, FIRST PREMIER | : | |
| BANK FNB CONSUMER, | : | |
| DISCOUNT COMPANY | : | |
| JPMORGAN CHASE BANK, N.A., | : | |
| Et al. MIDLAND FUNDING, | : | |
| MIDLAND FUNDING LLC | : | |
| MONTGOMERY WARD PEOPLES | : | |
| NATURAL GAS COMPANY LLC | : | |
| PLAIN GREEN PREMIER | : | |
| BANKCARD, LLC RADIUS | : | |
| GLOBAL SOLUTIONS REGENCY | : | |
| FINANCE COMPANY- | : | |
| UNTIONTOWN SANTANDER | : | |
| CONSUMER USA SELECT | : | |
| PORTFOLIO SERVICING, INC. | : | |
| TEK-COLLECT INCORPORATED | : | |
| WEST PENN POWER and RONDA | : | |
| WINNECOUR, CH. 13 TRUSTEE | : | |
|    *Respondents* | : | Hearing: September 10, 2021 at 10:30 A.M. |

## ORDER SCHEDULING HEARING

**AND NOW**, this **4th** day of ***August, 2021***, a ***Motion to Approve Financing for replacement vehicle*** at Document No. 146 having been filed in the above-captioned proceeding;

It is hereby **ORDERED, ADJUDGED and DECREED** that a hearing is scheduled for *September 10, 2021 at 10:30 A.M.* at which time the parties and/or their counsel shall appear via the *Zoom Video Conference Application* and must comply with Judge Agresti's *Amended Notice of Temporary Modification of Appearance Procedures*, dated and effective June 10, 2020, which can be found on the Court's website at https://www.pawb.uscourts.gov/sites/default/files/pdfs/tpa-proc-appearances.pdf. To participate in and To join the Zoom hearing please initiate and use the following link at least 15 minutes prior to the scheduled hearing time: https://www.zoomgov.com/j/16021303488, or alternatively, you may use the following: Meeting ID: 160 2130 3488. For questions regarding the connection contact Judge Agresti's Law Clerk, at 814-464-9781. *On or before August 19, 2021,* any *Response*, including a consent to the *Motion*, shall be filed with the Clerk's Office at U.S. Bankruptcy Court, 5414 U.S. Steel Tower, 600 Grant Street, Pittsburgh, PA 15219 and served on the counsel for the Moving Party.

_____asg
Thomas P. Agresti, Judge
United States Bankruptcy Court

Case Administrator to serve:
    David A. Colecchia, Esq.

United States Bankruptcy Court

Western District of Pennsylvania

In re:  Case No. 18-23487-TPA
William Edward Tabor  Chapter 13
Nancy Jane Tabor
    Debtors

# CERTIFICATE OF NOTICE

District/off: 0315-2     User: mgut     Page 1 of 2
Date Rcvd: Aug 04, 2021     Form ID: pdf900     Total Noticed: 1

The following symbols are used throughout this certificate:
**Symbol     Definition**
\+     Addresses marked '+' were corrected by inserting the ZIP, adding the last four digits to complete the zip +4, or replacing an incorrect ZIP. USPS regulations require that automation-compatible mail display the correct ZIP.

**Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Aug 06, 2021:**

**Recip ID     Recipient Name and Address**
db/jdb     + William Edward Tabor, Nancy Jane Tabor, P.O. Box 339, Fayette City, PA 15438-0339

TOTAL: 1

**Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.**
Electronic transmission includes sending notices via email (Email/text and Email/PDF), and electronic data interchange (EDI).

NONE

## BYPASSED RECIPIENTS

The following addresses were not sent this bankruptcy notice due to an undeliverable address, *duplicate of an address listed above, *P duplicate of a preferred address, or ## out of date forwarding orders with USPS.

NONE

## NOTICE CERTIFICATION

**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed .R. Bank. P.2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Aug 06, 2021     Signature:     /s/Joseph Speetjens

## CM/ECF NOTICE OF ELECTRONIC FILING

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on August 4, 2021 at the address(es) listed below:

**Name     Email Address**

Brian Nicholas
    on behalf of Creditor U.S. Bank  N.A., successor trustee to LaSalle Bank National Association, on behalf of the holders of Bear Stearns Et Al... bnicholas@kmllawgroup.com

David A. Colecchia
    on behalf of Debtor William Edward Tabor colecchia542@comcast.net
    dcolecchia@my-lawyers.us;jmonroe@my-lawyers.us;sshipley@my-lawyers.us;skerr@my-lawyers.us

David A. Colecchia
    on behalf of Joint Debtor Nancy Jane Tabor colecchia542@comcast.net
    dcolecchia@my-lawyers.us;jmonroe@my-lawyers.us;sshipley@my-lawyers.us;skerr@my-lawyers.us

Kevin Scott Frankel
    on behalf of Creditor JPMORGAN CHASE BANK  NATIONAL ASSOCIATION, et al... pabk@logs.com, logsecf@logs.com

Kevin Scott Frankel

| | | |
|---|---|---|
| District/off: 0315-2 | User: mgut | Page 2 of 2 |
| Date Rcvd: Aug 04, 2021 | Form ID: pdf900 | Total Noticed: 1 |

    on behalf of Creditor Select Portfolio Servicing  Inc., et al pabk@logs.com, logsecf@logs.com

Kristen D. Little
    on behalf of Creditor U.S. Bank  N.A., successor trustee to LaSalle Bank National Association, on behalf of the holders of Bear Stearns Et Al... pabk@logs.com, klittle@logs.com;logsecf@logs.com

Kristen D. Little
    on behalf of Creditor Select Portfolio Servicing  Inc., et al pabk@logs.com, klittle@logs.com;logsecf@logs.com

Kristen D. Little
    on behalf of Creditor U.S. Bank  N.A. pabk@logs.com, klittle@logs.com;logsecf@logs.com

Office of the United States Trustee
    ustpregion03.pi.ecf@usdoj.gov

Ronda J. Winnecour
    cmecf@chapter13trusteewdpa.com

S. James Wallace
    on behalf of Creditor Peoples Natural Gas Company LLC ecfpeoples@grblaw.com  PNGbankruptcy@peoples-gas.com

William E. Craig
    on behalf of Creditor Santander Consumer USA Inc. dba Chrysler Capital ecfmail@mortoncraig.com mhazlett@mortoncraig.com;mortoncraigecf@gmail.com

TOTAL: 12