FILED
8/6/21 2:12 pm
CLERK
U.S. BANKRUPTCY
COURT - WDPA

UNITED STATES BANKRUPTCY COURT
WESTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| In RE:  William Edward Tabor and Nancy Jane Tabor,<br>                    Debtors,<br>William Edward Tabor and Nancy Jane Tabor,<br>                    Movants,<br>              V.<br><br>Aaron's Advanced Disposal<br>Amerimark Premier Chase Mortgage<br>Chrysler Capital Collection Service<br>Center Credit Collections/USA<br>Credit Management Company<br>First Premier Bank FNB Consumer Discount Company JPMorgan Chase Bank, N.A., et al Midland Funding<br>Midland Funding LLC Montgomery Ward Peoples Natural Gas Company LLC Plain Green<br>Premier Bankcard, LLC<br>Radius Global Solutions<br>REGENCY FINANCE COMPANY - UNIONTOWN<br>Santander Consumer USA Select Portfolio Servicing, Inc. Tek-Collect Incorporated West Penn Power and Ronda Winnecour chapter 13 Trustee,<br>                    Respondents, | Case No.  18-23487-TPA<br>Chapter 13<br><br><br><br><br>Related to Document No. 148,  146 |

### NOTICE AND ORDER SETTING HEARING ON AN EXPEDITED BASIS

     *AND NOW*, this  **6th**  day of  **August** , 20**21** , **NOTICE IS HEREBY GIVEN THAT** a *Request for an Expedited Hearing on Motion to Approve Post-Petition Financing* ("Motion") has been filed in the above-referenced case by **David A. Colecchia**, Counsel for **Debtor**.

     *On*  **August 11** , 20 **21** *at* **11:00 A**M. a hearing has been scheduled in before Judge Thomas P. Agresti via the Zoom Video Conference Application ("Zoom").  To participate in and join a Zoom Hearing please initiate and use the following link at least 15 minutes prior to the scheduled Zoom Hearing time: https://www.zoomgov.com/j/16021303488, or alternatively, you may use the following: Meeting ID: 160 2130 3488.

     For questions regarding the connection contact Judge Agresti's Law Clerk, at 814-464-9781. All attorneys and Parties may only appear by Zoom and must comply with Judge Agresti's

**PAWB Local Form 20  (10/16)**

Zoom Procedures, which can be found on the Court's website at https://www.pawb.uscourts.gov/sites/default/files/pdfs/tpa-proc-appearances.pdf. Under the current COVID-19 circumstances, the general public may appear telephonically if unable to do so via the Internet. When the need to appear telephonically arises, members of the general public should immediately contact Judge Agresti's Chambers to make telephonic arrangements.

*On or before*August 10, 2021 by NOO*Responses* to the *Motion* shall be filed with the Clerk of the Bankruptcy Court and served on the parties in interest.

*Movant shall serve* a copy of this completed Scheduling Order and the Motion by U.S. Mail **and**, (1) hand delivery **or** (2) facsimile **or** (3) email (separate from CM/ECF) on the Respondent(s), Trustee, Debtor, Debtor's Counsel, all secured creditors whose interests may be affected by the relief requested, U.S. Trustee and counsel for any committee. In the absence of a committee, the Movant shall serve the 20 largest unsecured creditors. Movant shall immediately file a certificate of service indicating such service.

_____asg____
United States Bankruptcy Judge

PAWB Local Form 20  (10/16)

United States Bankruptcy Court

Western District of Pennsylvania

| | |
|---|---|
| In re: | Case No. 18-23487-TPA |
| William Edward Tabor | Chapter 13 |
| Nancy Jane Tabor | |
|     Debtors | |

# CERTIFICATE OF NOTICE

| | | |
|---|---|---|
| District/off: 0315-2 | User: mgut | Page 1 of 2 |
| Date Rcvd: Aug 06, 2021 | Form ID: pdf900 | Total Noticed: 1 |

The following symbols are used throughout this certificate:
**Symbol    Definition**

\+     Addresses marked '+' were corrected by inserting the ZIP, adding the last four digits to complete the zip +4, or replacing an incorrect ZIP. USPS regulations require that automation-compatible mail display the correct ZIP.

**Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Aug 08, 2021:**

| Recip ID | | Recipient Name and Address |
|---|---|---|
| db/jdb | + | William Edward Tabor, Nancy Jane Tabor, P.O. Box 339, Fayette City, PA 15438-0339 |

TOTAL: 1

**Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.**
Electronic transmission includes sending notices via email (Email/text and Email/PDF), and electronic data interchange (EDI).

NONE

# BYPASSED RECIPIENTS

The following addresses were not sent this bankruptcy notice due to an undeliverable address, *duplicate of an address listed above, *P duplicate of a preferred address, or ## out of date forwarding orders with USPS.

NONE

# NOTICE CERTIFICATION

**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed .R. Bank. P.2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Aug 08, 2021      Signature:      /s/Joseph Speetjens

---

# CM/ECF NOTICE OF ELECTRONIC FILING

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on August 6, 2021 at the address(es) listed below:

| Name | Email Address |
|---|---|
| Brian Nicholas | on behalf of Creditor U.S. Bank N.A., successor trustee to LaSalle Bank National Association, on behalf of the holders of Bear Stearns Et Al... bnicholas@kmllawgroup.com |
| David A. Colecchia | on behalf of Debtor William Edward Tabor colecchia542@comcast.net dcolecchia@my-lawyers.us;jmonroe@my-lawyers.us;sshipley@my-lawyers.us;skerr@my-lawyers.us |
| David A. Colecchia | on behalf of Joint Debtor Nancy Jane Tabor colecchia542@comcast.net dcolecchia@my-lawyers.us;jmonroe@my-lawyers.us;sshipley@my-lawyers.us;skerr@my-lawyers.us |
| Kevin Scott Frankel | on behalf of Creditor JPMORGAN CHASE BANK NATIONAL ASSOCIATION, et al... pabk@logs.com, logsecf@logs.com |
| Kevin Scott Frankel | |

| District/off: 0315-2 | User: mgut | Page 2 of 2 |
|---|---|---|
| Date Rcvd: Aug 06, 2021 | Form ID: pdf900 | Total Noticed: 1 |

on behalf of Creditor Select Portfolio Servicing Inc., et al pabk@logs.com, logsecf@logs.com

Kristen D. Little

on behalf of Creditor U.S. Bank N.A., successor trustee to LaSalle Bank National Association, on behalf of the holders of Bear Stearns Et Al... pabk@logs.com, klittle@logs.com;logsecf@logs.com

Kristen D. Little

on behalf of Creditor Select Portfolio Servicing Inc., et al pabk@logs.com, klittle@logs.com;logsecf@logs.com

Kristen D. Little

on behalf of Creditor U.S. Bank N.A. pabk@logs.com, klittle@logs.com;logsecf@logs.com

Office of the United States Trustee

ustpregion03.pi.ecf@usdoj.gov

Ronda J. Winnecour

cmecf@chapter13trusteewdpa.com

S. James Wallace

on behalf of Creditor Peoples Natural Gas Company LLC ecfpeoples@grblaw.com PNGbankruptcy@peoples-gas.com

William E. Craig

on behalf of Creditor Santander Consumer USA Inc. dba Chrysler Capital ecfmail@mortoncraig.com mhazlett@mortoncraig.com;mortoncraigecf@gmail.com

TOTAL: 12