UNITED STATES BANKRUPTCY COURT
WESTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| In re:<br>William Edward Tabor and Nancy Jane Tabor,<br>Debtor(s),<br><br>William Edward Tabor and Nancy Jane tabor,<br>Movant(s),<br><br>vs.<br><br>No   Respondents, | Bankruptcy Case No.: 18-23487-TPA<br><br>Chapter: 13 |

CERTIFICATE OF NO OBJECTION REGARDING DEBTORS' EXPEDITED MOTION TO SECURE POST-PETITION AUTO FINANCING

The undersigned hereby certifies that, as of noon August 10, 2021, no answer, objection or other responsive pleading to Debtors' Expedited Motion to Secure Post-Petition Auto Financing filed August 5, 2021 at Document 148 with Response Deadline filed August 6, 2021 at Document 149 and served on August 8 at Document 151 has been received.  The undersigned further certifies that the Court's Docket in this case was reviewed on August 10, 2021 at  12:04 PM and no answer, objection, or other responsive pleading to it appears thereon.  Pursuant to the Hearing Notice with Response Deadline filed at Document 149 responses to the motion were to be filed and served no later than 12:00 PM August 10, 2021.  It is hereby respectfully requested that the Proposed Order of Court attached to the Motion filed at Docket Document No.148 is implemented

EXECUTED ON: August 10, 2021         /s/, David A. Colecchia, Esquire
                                     David A. Colecchia & Associates
                                     Law Care
                                     324 S. Maple Ave.
                                     Greensburg, PA 15601
                                     724-837-2320
                                     PA ID 71830
                                     colecchia542@comcast.net