FILED
8/13/21 10:43 am
CLERK
U.S. BANKRUPTCY
COURT - WDPA

**IN THE UNITED STATES BANKRUPTCY COURT**
**FOR THE WESTERN DISTRICT OF PENNSYLVANIA**

| | | | |
|---|---|---|---|
| In re: | : | Case No.: | 18-23487-TPA |
| | : | | |
| William Edward Tabor | : | Chapter: | 13 |
| Nancy Jane Tabor | : | | |
| *Debtor(s).* | : | | |
| | : | Date: | 8/11/2021 |
| | : | Time: | 10:30 |

## PROCEEDING MEMO

**MATTER**    #146 Motion to Approve Financing for replacement vehicle - Chapter 13 Trustee consents

**APPEARANCES:**
Debtor: Justin Schantz
Trustee: Ronda J. Winnecour
SPS: Mark Pecarchik

**NOTES:**

Winnecour:    I agree with the Motion.

Schantz:    Motion for Reconsideration of an order striking a notice of mortgage payment change.

**OUTCOME:**    GRANTED / OE

*/s/ Ronda Winnecour*
asg