UNITED STATES BANKRUPTCY COURT
WESTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| In re:<br>William Edward Tabor and Nancy Jane Tabor,<br>Debtor(s),<br><br>William Edward Tabor and Nancy Jane tabor,<br>Movant(s),<br><br>vs.<br><br>Pennsylvania Dept. of Revenue, Premier<br>Bankcard, LLC, S. James Wallace, Advanced Disposal<br>Chrysler Capital, First Premier Bank, Santander<br>Consumer USA, Tek-Collect Incorporated<br>Aaron's, Chase Mortgage, FNB Consumer Discount<br>Company, Montgomery Ward, Radius Global Solutions<br>Amerimark Premier, Collection Service Center,<br>Credit Collections/USA, Credit Management Company,<br>Midland Funding, Montgomery Ward, Plain Green,<br>West Penn Power, JPMORGAN CHASE BANK,<br>NATIONAL ASSOCIATION, et al Ronda Winnecour, Trustee<br>Respondents, | Bankruptcy Case No.: 18-23487-TPA<br><br>Chapter: 13<br><br>Related to Document: 146, 156<br>Document No.:157 |

CERTIFICATE OF SERVICE

I certify under penalty of perjury that I am, and at all times hereinafter mentioned was, more than 18 years of age and that on the 13th day of August, 2021, I served a copy of this Order filed at Document 156, and this COS by: Prepaid United States First Class Mail and by Electronic Notification.

Pennsylvania Dept. of Revenue
Department 280946
P.O. Box 280946
Attn: Bankruptcy Division
Harrisburg, PA 17128-0946

Premier Bankcard, LLC
Jefferson Capital Systems LLC, Assignee
P. O. Box 7999
Saint Cloud MN 56302-7999

William E. Tabor and Nancy J. Tabor
P.O. Box 339
Fayette City, PA 15438-0339

S. James Wallace, Esquire
845 N. Lincoln Avenue
Pittsburgh, PA 15233-1828

Advanced Disposal
P.O. Box 74008053
Chicago, IL 60674-8053

Chrysler Capital
P. O. Box 961275
Fort Worth, TX 76161-0275

First Premier Bank
601 South Minnesota Avenue
Sioux Falls, SD 57104-4868

Santander Consumer USA
Bankruptcy Dept.
P.O. Box 560284
Dallas, TX 75356-0284

Tek-Collect Incorporated
871 Park Street
Columbus, OH 43215-1441

Aaron's
575 Morgantown Road
Uniontown, PA 15401-5419

Chase Mortgage
P. O.  Box 24696
Columbus, OH 43224-0696

FNB Consumer Discount Company
45 Nest Main Street
Uniontown, PA 15401-3341

Montgomery Ward
c/o Creditors Bankruptcy Service
P.O. Box 800849
Dallas, TX 75380-0849

Radius Global Solutions
P.O. Box 390846
Minneapolis, MN 55439-0846

**Notice by electronic transmission was sent to the following persons/entities:**

William E. Craig on behalf of Creditor Santander Consumer USA Inc. dba Chrysler Capital
ecfmail@mortoncraig.com, mhazlett@mortoncraig.com;mortoncraigecf@gmail.com

Kevin Scott Frankel on behalf of Creditor JPMORGAN CHASE BANK, NATIONAL ASSOCIATION, et al...
pabk@logs.com, logsecf@logs.com

Kevin Scott Frankel on behalf of Creditor Select Portfolio Servicing, Inc., et al
pabk@logs.com, logsecf@logs.com

Kristen D. Little on behalf of Creditor Select Portfolio Servicing, Inc., et al
pabk@logs.com, klittle@logs.com;logsecf@logs.com

Kristen D. Little on behalf of Creditor U.S. Bank, N.A.
pabk@logs.com, klittle@logs.com;logsecf@logs.com

Kristen D. Little on behalf of Creditor U.S. Bank, N.A., successor trustee to LaSalle Bank National Association, on behalf of the holders of Bear Stearns Et Al...
pabk@logs.com, klittle@logs.com;logsecf@logs.com

Brian Nicholas on behalf of Creditor U.S. Bank, N.A., successor trustee to LaSalle Bank National Association, on behalf of the holders of Bear Stearns Et Al...
bnicholas@kmllawgroup.com

Office of the United States Trustee
ustpregion03.pi.ecf@usdoj.gov

S. James Wallace on behalf of Creditor Peoples Natural Gas Company LLC
ecfpeoples@grblaw.com, PNGbankruptcy@peoples-gas.com

Ronda J. Winnecour
cmecf@chapter13trusteewdpa.com


EXECUTED ON: August 13, 2021        /s/ David A. Colecchia, Esquire
                                     David A. Colecchia & Associates
                                     Law Care
                                     324 S. Maple Ave.
                                     Greensburg, PA 15601
                                     724-837-2320
                                     724-837-0602-fax
                                     PA ID 71830
                                      colecchia542@comcast.net