FILED
8/13/21 10:50 am
CLERK
U.S. BANKRUPTCY
COURT - WDPA

UNITED STATES BANKRUPTCY COURT
WESTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| In RE: William Edward Tabor and Nancy Jane Tabor,<br>　　　　　Debtors,<br>William Edward Tabor and Nancy Jane Tabor,<br><br>　　　　　Movants,<br><br>　　　V.<br><br>Aaron's Advanced Disposal Amerimark Premier Chase Mortgage Chrysler Capital Collection Service Center Credit Collections/USA Credit Management Company First Premier Bank FNB Consumer Discount Company JPMorgan Chase Bank, N.A., et al Midland Funding Midland Funding LLC Montgomery Ward Peoples Natural Gas Company LLC Plain Green Premier Bankcard, LLC Radius Global Solutions REGENCY FINANCE COMPANY - UNIONTOWN Santander Consumer USA Select Portfolio Servicing, Inc. Tek-Collect Incorporated West Penn Power and Ronda Winnecour chapter 13 Trustee,<br><br>　　　　　Respondents, | Case No. 18-23487-TPA<br>Chapter 13<br><br><br><br><br><br>Document No.<br>Related to Document No. 146 |

ORDER OF COURT

This 13th day of August, 2021, upon consideration of the motion for post-petition auto financing it is hereby ordered that Debtors' Motion is GRANTED.

**1.)** The Debtors are hereby authorized to purchase a replacement vehicle under the following terms and conditions:

  a. Amount financed shall not exceed $25,000.

  b. The monthly payment shall not exceed $500 per month.

  c. The annual percentage rate for the vehicle shall not exceed 22%.

  d. The length of financing shall not exceed seventy-two months.

**2.)** Upon completion of any purchase or lease of a vehicle the Debtor shall file a report to the Court and the Chapter 13 Trustee that shows the terms of the deal and where the payment is to be made.

**3.)** The Debtors shall thereafter immediately file an Amended Plan including the new debt.

**4.)** The Chapter 13 Trustee is AUTHORIZED to make pre-confirmation adequate protection payments related to this new vehicle financing after an Amended Plan is filed, PROVIDED THAT the Debtor pays sufficient adequate protection payments to the Chapter 13 Trustee.

**5.)** The Debtors shall serve this Order on all affected parties, and shall file a Certificate of Service in conformity therewith.

BY THE COURT:

_____
Thomas P. Agresti, United States
Bankruptcy Judge

United States Bankruptcy Court

Western District of Pennsylvania

| | |
|---|---|
| In re: | Case No. 18-23487-TPA |
| William Edward Tabor | Chapter 13 |
| Nancy Jane Tabor | |
|     Debtors | |

# CERTIFICATE OF NOTICE

| | | |
|---|---|---|
| District/off: 0315-2 | User: dkam | Page 1 of 2 |
| Date Rcvd: Aug 13, 2021 | Form ID: pdf900 | Total Noticed: 1 |

The following symbols are used throughout this certificate:
**Symbol    Definition**

\+    Addresses marked '+' were corrected by inserting the ZIP, adding the last four digits to complete the zip +4, or replacing an incorrect ZIP. USPS regulations require that automation-compatible mail display the correct ZIP.

**Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Aug 15, 2021:**

| Recip ID | | Recipient Name and Address |
|---|---|---|
| db/jdb | + | William Edward Tabor, Nancy Jane Tabor, P.O. Box 339, Fayette City, PA 15438-0339 |

TOTAL: 1

**Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.**
Electronic transmission includes sending notices via email (Email/text and Email/PDF), and electronic data interchange (EDI).

NONE

# BYPASSED RECIPIENTS

The following addresses were not sent this bankruptcy notice due to an undeliverable address, *duplicate of an address listed above, *P duplicate of a preferred address, or ## out of date forwarding orders with USPS.

NONE

# NOTICE CERTIFICATION

**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed .R. Bank. P.2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Aug 15, 2021                    Signature:          /s/Joseph Speetjens

---

# CM/ECF NOTICE OF ELECTRONIC FILING

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on August 13, 2021 at the address(es) listed below:

| Name | Email Address |
|---|---|
| Brian Nicholas | |
| | on behalf of Creditor U.S. Bank  N.A., successor trustee to LaSalle Bank National Association, on behalf of the holders of Bear Stearns Et Al... bnicholas@kmllawgroup.com |
| David A. Colecchia | |
| | on behalf of Debtor William Edward Tabor colecchia542@comcast.net dcolecchia@my-lawyers.us;jmonroe@my-lawyers.us;sshipley@my-lawyers.us;skerr@my-lawyers.us |
| David A. Colecchia | |
| | on behalf of Joint Debtor Nancy Jane Tabor colecchia542@comcast.net dcolecchia@my-lawyers.us;jmonroe@my-lawyers.us;sshipley@my-lawyers.us;skerr@my-lawyers.us |
| Kevin Scott Frankel | |
| | on behalf of Creditor JPMORGAN CHASE BANK  NATIONAL ASSOCIATION, et al... pabk@logs.com, logsecf@logs.com |
| Kevin Scott Frankel | |

on behalf of Creditor Select Portfolio Servicing Inc., et al pabk@logs.com, logsecf@logs.com

Kristen D. Little

on behalf of Creditor U.S. Bank N.A., successor trustee to LaSalle Bank National Association, on behalf of the holders of Bear Stearns Et Al... pabk@logs.com, klittle@logs.com;logsecf@logs.com

Kristen D. Little

on behalf of Creditor Select Portfolio Servicing Inc., et al pabk@logs.com, klittle@logs.com;logsecf@logs.com

Kristen D. Little

on behalf of Creditor U.S. Bank N.A. pabk@logs.com, klittle@logs.com;logsecf@logs.com

Office of the United States Trustee

ustpregion03.pi.ecf@usdoj.gov

Ronda J. Winnecour

cmecf@chapter13trusteewdpa.com

S. James Wallace

on behalf of Creditor Peoples Natural Gas Company LLC ecfpeoples@grblaw.com PNGbankruptcy@peoples-gas.com

William E. Craig

on behalf of Creditor Santander Consumer USA Inc. dba Chrysler Capital ecfmail@mortoncraig.com mhazlett@mortoncraig.com;mortoncraigecf@gmail.com

TOTAL: 12