FILED
8/16/21 11:00 am
CLERK
U.S. BANKRUPTCY
COURT - WDPA

# IN THE UNITED STATES BANKRUPTCY COURT
## FOR THE WESTERN DISTRICT OF PENNSYLVANIA

| | | | |
|---|---|---|---|
| In re: | : | Case No.: | 18-23487-TPA |
| | : | | |
| William Edward Tabor | : | Chapter: | 13 |
| Nancy Jane Tabor | : | | |
| *Debtor(s).* | : | | |
| | : | Date: | 8/11/2021 |
| | : | Time: | 10:30 |

## PROCEEDING MEMO

**MATTER**      #143 Motion to Reconsider

**APPEARANCES:**

    Debtor:      Justin Schantz
    Trustee:     Ronda J. Winnecour
    Select Portfolio: Mark Pecarchik

**NOTES:**

Schantz:      We do not contest the Motion.

J.      A better course would be to file a Motion for additional time.

Pecarchik:

**OUTCOME:**      Notice is reinstated.  21 days to respond.  (11:03)

*/s/ Ronda Winnecour*
asg