FILED
8/16/21 11:04 am
CLERK
U.S. BANKRUPTCY
COURT - WDPA

IN THE UNITED STATES BANKRUPTCY COURT
FOR THE WESTERN DISTRICT OF PENNSYLVANIA

IN RE:

WILLIAM EDWARD TABOR            :   Case No. 18-23487-TPA
and NANCY JANE TABOR,           :
    *Debtor*                      :   Chapter 13
                                :   Related to Document No. 132, 138

## ORDER

On August 11, 2021, a hearing was held on the ***Motion to Reconsider*** filed by Select Portfolio Servicing at Doc. No. 138, at which hearing Debtors' Counsel stated they do not contest the Motion. Therefore,

*AND NOW*, this **16th** day of ***August, 2021***, it is hereby **ORDERED, ADJUDGED and DECREED** that:

(1) The ***Order dated June 25, 2021,*** at Doc. No. 138 is hereby **VACATED** and the ***Notice of Mortgage Payment Change filed by Select Portfolio Servicing on April 25, 2021*** ("Notice") is **REINSTATED.**

(2) ***On or before September 6, 2021,*** the Debtors shall file an ***Amended Plan*** addressing the *Notice* and other pending issues, serving a copy of the *Amended Plan* and this *Order* on all interested parties and file a ***Certificate of Service*** with the Clerk of the Bankruptcy Court. *Failure to timely comply with the filing of the Amended Plan referred to in this Order will result in the automatic dismissal of this case without further notice or hearing.*

(2)    *On or before September 20, 2021,* all *Objections* to the proposed *Amended Plan*, if any, shall be filed and served on Debtor, Chapter 13 Trustee and any creditor whose claim may be affected by the Objection. *Objections which are not timely filed will not be considered.*

(3)    *On September 28, 2021 at 10:30 A.M.,* a Conciliation Conference is scheduled in the Office of the Chapter 13 Trustee virtually by video conferencing (or telephone) through ZOOM. For information on how to participate go to www.ch13pitt.com. Questions should be addressed to meetings@chapter13trusteewdpa.com or 412-471-5566, at which time the Debtor shall appear. The Proponents of any *Objection* to the *Amended Plan* shall appear and mediate the issues raised in the *Objection*.

(4)    If Parties cannot resolve any disputes at the Conciliation Conference, a hearing will be scheduled and orally announced at the conclusion of the Conference without any further written notice to any party. Parties are directed to monitor the Court's docket and read the Chapter 13 Trustee's minutes to the Conciliation Conference to the extent such parties desire more information regarding the outcome of the Conciliation Conference.

(5)    Failure to file an Amended Plan and a Certificate of Service within the time allotted in this Order shall result in the imposition of sanctions, which may include dismissal or conversion of the case, an order of contempt, monetary sanctions, etc.

_____asg
Thomas P. Agresti, Judge
United States Bankruptcy Court

Case Administrator to serve:
    Ronda Winnecour, Esq., Ch. 13 Trustee
    Debtors
    Counsel for the Debtors
    Kristen Little, Esq.

United States Bankruptcy Court

Western District of Pennsylvania

In re:  
William Edward Tabor  
Nancy Jane Tabor  
    Debtors

Case No. 18-23487-TPA  
Chapter 13

# CERTIFICATE OF NOTICE

District/off: 0315-2      User: mgut      Page 1 of 2  
Date Rcvd: Aug 16, 2021      Form ID: pdf900      Total Noticed: 1

The following symbols are used throughout this certificate:  
**Symbol    Definition**

+      Addresses marked '+' were corrected by inserting the ZIP, adding the last four digits to complete the zip +4, or replacing an incorrect ZIP. USPS regulations require that automation-compatible mail display the correct ZIP.

**Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Aug 18, 2021:**

| Recip ID | | Recipient Name and Address |
|---|---|---|
| db/jdb | + | William Edward Tabor, Nancy Jane Tabor, P.O. Box 339, Fayette City, PA 15438-0339 |

TOTAL: 1

**Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.**  
Electronic transmission includes sending notices via email (Email/text and Email/PDF), and electronic data interchange (EDI).

NONE

# BYPASSED RECIPIENTS

The following addresses were not sent this bankruptcy notice due to an undeliverable address, *duplicate of an address listed above, *P duplicate of a preferred address, or ## out of date forwarding orders with USPS.

NONE

# NOTICE CERTIFICATION

I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.

Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed .R. Bank. P.2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.

Date: Aug 18, 2021      Signature:      /s/Joseph Speetjens

---

# CM/ECF NOTICE OF ELECTRONIC FILING

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on August 16, 2021 at the address(es) listed below:

| Name | Email Address |
|---|---|
| Brian Nicholas | on behalf of Creditor U.S. Bank N.A., successor trustee to LaSalle Bank National Association, on behalf of the holders of Bear Stearns Et Al... bnicholas@kmllawgroup.com |
| David A. Colecchia | on behalf of Debtor William Edward Tabor colecchia542@comcast.net dcolecchia@my-lawyers.us;jmonroe@my-lawyers.us;sshipley@my-lawyers.us;skerr@my-lawyers.us |
| David A. Colecchia | on behalf of Joint Debtor Nancy Jane Tabor colecchia542@comcast.net dcolecchia@my-lawyers.us;jmonroe@my-lawyers.us;sshipley@my-lawyers.us;skerr@my-lawyers.us |
| Kevin Scott Frankel | on behalf of Creditor JPMORGAN CHASE BANK NATIONAL ASSOCIATION, et al... pabk@logs.com, logsecf@logs.com |
| Kevin Scott Frankel | |

| District/off: 0315-2 | User: mgut | Page 2 of 2 |
|---|---|---|
| Date Rcvd: Aug 16, 2021 | Form ID: pdf900 | Total Noticed: 1 |

on behalf of Creditor Select Portfolio Servicing Inc., et al pabk@logs.com, logsecf@logs.com

Kristen D. Little

on behalf of Creditor U.S. Bank N.A., successor trustee to LaSalle Bank National Association, on behalf of the holders of Bear Stearns Et Al... pabk@logs.com, klittle@logs.com;logsecf@logs.com

Kristen D. Little

on behalf of Creditor Select Portfolio Servicing Inc., et al pabk@logs.com, klittle@logs.com;logsecf@logs.com

Kristen D. Little

on behalf of Creditor U.S. Bank N.A. pabk@logs.com, klittle@logs.com;logsecf@logs.com

Office of the United States Trustee

ustpregion03.pi.ecf@usdoj.gov

Ronda J. Winnecour

cmecf@chapter13trusteewdpa.com

S. James Wallace

on behalf of Creditor Peoples Natural Gas Company LLC ecfpeoples@grblaw.com PNGbankruptcy@peoples-gas.com

William E. Craig

on behalf of Creditor Santander Consumer USA Inc. dba Chrysler Capital ecfmail@mortoncraig.com mhazlett@mortoncraig.com;mortoncraigecf@gmail.com

TOTAL: 12