# IN THE UNITED STATES BANKRUPTCY COURT
# FOR THE WESTERN DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| IN RE: | : | Bankruptcy No. 18-23487-TPA |
| William E. Tabor | : | |
| Nancy J. Tabor | : | Chapter 13 |
| | : | |
| Debtor(s) | : | |

NOTICE OF
CHANGE OF ADDRESS

Undeliverable Address:

    Creditor Name:    FNB Consumer Discount Corporation

    Incorrect Address:    45 Nest Main Street
                            Uniontown, PA 15401-3341

Corrected Address:

    Debtor Name:    FNB Consumer Discount Corporation
                            c/o First National Bank of PA
                            Attn.: Legal Department
    Correct Address:    3015 Glimcher Boulevard
                            Hermitage, PA 16148

Dated: August 19, 2021

                                            /S/David A. Colecchia, Esquire
                                            Electronic Signature of Debtor(s)' Attorney
                                            Law Care
                                            David A. Colecchia and Associates
                                            324 South Maple Ave.
                                            Greensburg, PA 15601
                                            724-837-2320
                                            PA Bar I.D. 71830
                                            dcolecchia@my-lawyers.us