## IN THE UNITED STATES BANKRUPTCY COURT
## FOR THE WESTERN DISTRICT OF PENNSYLVANIA

IN RE:                          :        Bankruptcy No. 18-23487-TPA
    William E. Tabor            :
    Nancy J. Tabor             :        Chapter 13
                               :
Debtor(s)                       :

<u>NOTICE OF</u>
<u>CHANGE OF ADDRESS</u>

Undeliverable Address:

      Creditor Name:        Midland Funding

      Incorrect Address:    2365 North Side Drive, Suite 30
                            San Diego, 92108-2709

Corrected Address:

      Debtor Name:          Midland Funding

      Correct Address:      c/o Encore Capital Group Inc.
                            350 Camino De La Reina #100
                            San Diego, CA 92108

<u>/S/David A. Colecchia, Esquire</u>

Dated: August 19, 2021          Electronic Signature of Debtor(s)' Attorney
Law Care
David A. Colecchia and Associates
324 South Maple Ave.
Greensburg, PA 15601
724-837-2320
PA Bar I.D. 71830
dcolecchia@my-lawyers.us