FILED
9/1/21 11:51 am
CLERK
U.S. BANKRUPTCY
COURT - WDPA

UNITED STATES BANKRUPTCY COURT
WESTERN DISTRICT OF PENNSYLVANIA

In RE:  William Edward Tabor
and Nancy Jane Tabor,

                Debtors,

William Edward Tabor and
Nancy Jane Tabor,

                Movants,

      V.

Aaron's Advanced Disposal
Amerimark Premier Chase Mortgage
Chrysler Capital Collection Service
Center Credit Collections/USA
Credit Management Company
First Premier Bank FNB Consumer
Discount Company JPMorgan Chase
Bank, N.A., et al Midland Funding
Midland Funding LLC Montgomery
Ward Peoples Natural Gas
Company LLC Plain Green
Premier Bankcard, LLC
Radius Global Solutions
REGENCY FINANCE
COMPANY - UNIONTOWN
Santander Consumer USA Select
Portfolio Servicing, Inc. Tek-Collect
Incorporated West Penn Power and
Ronda Winnecour chapter 13 Trustee,

                Respondents,

Case No.  18-23487-TPA
Chapter 13

Related to Document No.
Docket Document No. 166

## NOTICE AND ORDER SETTING HEARING ON AN EXPEDITED BASIS

       *AND NOW*, this  __1st__  day of  ___September___ , 20_21_ , **NOTICE IS HEREBY GIVEN THAT** a *Motion to Dismiss* ("Motion") has been filed in the above-referenced case by **David A. Colecchia**, Counsel for **Debtor**.

       **On** ___September 10___ , 20_21_ **at** _10:30 A_ **M.** a hearing has been scheduled in before Judge Thomas P. Agresti via the Zoom Video Conference Application ("Zoom").  To participate in and join a Zoom Hearing please initiate and use the following link at least 15 minutes prior to the scheduled Zoom Hearing time: https://www.zoomgov.com/j/16021303488, or alternatively, you may use the following: Meeting ID: 160 2130 3488.

       For questions regarding the connection contact Judge Agresti's Law Clerk, at 814-464-9781. All attorneys and Parties may only appear by Zoom and must comply with Judge Agresti's Zoom Procedures, which can be found on the Court's website at

**PAWB Local Form 20  (10/16)**

https://www.pawb.uscourts.gov/sites/default/files/pdfs/tpa-proc-appearances.pdf. Under the current COVID-19 circumstances, the general public may appear telephonically if unable to do so via the Internet. When the need to appear telephonically arises, members of the general public should immediately contact Judge Agresti's Chambers to make telephonic arrangements.

  *On or before*  __September 7, 2021__ , *Responses* to the *Motion* shall be filed with the Clerk of the Bankruptcy Court and served on the parties in interest.

  *Movant shall serve* a copy of this completed Scheduling Order and the Motion by U.S. Mail **and**, (1) hand delivery **or** (2) facsimile **or** (3) email (separate from CM/ECF) on the Respondent(s), Trustee, Debtor, Debtor's Counsel, all secured creditors whose interests may be affected by the relief requested, U.S. Trustee and counsel for any committee. In the absence of a committee, the Movant shall serve the 20 largest unsecured creditors. Movant shall immediately file a certificate of service indicating such service.

_____
United States Bankruptcy Judge**jlm**

**PAWB Local Form 20  (10/16)**