UNITED STATES BANKRUPTCY COURT
WESTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| In re:<br>William Edward Tabor and Nancy Jane Tabor,<br>　　　　　Debtor(s), | Bankruptcy Case No.: 18-23487-TPA |
| | Chapter: 13 |
| William Edward Tabor and Nancy Jane tabor,<br>　　　　　Movant(s), | Related to Document No. 166, 167<br>Document No. 168 |
| vs. | |
| Pennsylvania Dept. of Revenue, Premier Bankcard, LLC, S. James Wallace, Advanced Disposal Chrysler Capital, First Premier Bank, Santander Consumer USA, Tek-Collect Incorporated Aaron's, Chase Mortgage, FNB Consumer Discount Company, Montgomery Ward, Radius Global Solutions Amerimark Premier, Collection Service Center, Credit Collections/USA, Credit Management Company, Midland Funding, Montgomery Ward, Plain Green, West Penn Power, JPMORGAN CHASE BANK, NATIONAL ASSOCIATION, et al<br>Ronda Winnecour, Trustee<br>　　　　　Respondents, | |

CERTIFICATE OF SERVICE

I certify under penalty of perjury that I am, and at all times hereinafter mentioned was, more than 18 years of age and that on the 2nd day of September, 2021, I served a copy of the Order filed at Document 167, Motion to Dismiss at DOC 166 and this COS by Prepaid United States First Class Mail and by Electronic Notification.

Service by United States First Class Mail:

Pennsylvania Dept. of Revenue
Department 280946
P.O. Box 280946
Attn: Bankruptcy Division
Harrisburg, PA 17128-0946

Premier Bankcard, LLC
Jefferson Capital Systems LLC, Assignee
P. O. Box 7999
Saint Cloud MN 56302-7999

William E. Tabor and Nancy J. Tabor
P.O. Box 339
Fayette City, PA 15438-0339

S. James Wallace, Esquire
845 N. Lincoln Avenue
Pittsburgh, PA 15233-1828

Advanced Disposal
P.O. Box 74008053
Chicago, IL 60674-8053

Chrysler Capital
P. O. Box 961275
Fort Worth, TX 76161-0275

First Premier Bank
601 South Minnesota Avenue
Sioux Falls, SD 57104-4868

Santander Consumer USA
Bankruptcy Dept.
P.O. Box 560284
Dallas, TX 75356-0284

Tek-Collect Incorporated
871 Park Street
Columbus, OH 43215-1441

Aaron's
575 Morgantown Road
Uniontown, PA 15401-5419

Chase Mortgage
P. O. Box 24696
Columbus, OH 43224-0696

FNB Consumer Discount Corporation
c/o First National Bank of PA
Attn.: Legal Department
3015 Glimcher Boulevard
Hermitage, PA 16148

Montgomery Ward
c/o Creditors Bankruptcy Service
P.O. Box 800849
Dallas, TX 75380-0849

Radius Global Solutions
P.O. Box 390846
Minneapolis, MN 55439-0846

**Notice by separate electronic transmission was sent to the following persons/entities:**

William E. Craig on behalf of Creditor Santander Consumer USA Inc. dba Chrysler Capital
mhazlett@mortoncraig.com

Kevin Scott Frankel on behalf of Creditor JPMORGAN CHASE BANK, NATIONAL ASSOCIATION, et al...
pabk@logs.com

Kristen D. Little on behalf of Creditor Select Portfolio Servicing, Inc., et al
klittle@logs.com

Kristen D. Little on behalf of Creditor U.S. Bank, N.A.
klittle@logs.com

Office of the United States Trustee
ustpregion03.pi.ecf@usdoj.gov

S. James Wallace on behalf of Creditor Peoples Natural Gas Company LLC
PNGbankruptcy@peoples-gas.com

Kate DeSimone on behalf of Ronda J. Winnecour, Chapter 13 Trustee
kdesimone@chapter13trusteewdpa.com

West Penn Power
bankruptcy@firstenergycorp.com

Regency Finance Company
smyers@marinerfinance.com

Jefferson Capital Systems, LLC
Bankruptcy@JCAP.com

Midland Funding, LLC
mbx_ilms_bankruptcy@mcmcg.com

Plain Green Loans
ProductGroup@plaingreenllc.com


EXECUTED ON: September 2, 2021            /s/ David A. Colecchia, Esquire
                                          David A. Colecchia & Associates
                                          Law Care
                                          324 S. Maple Ave.
                                          Greensburg, PA 15601
                                          724-837-2320
                                          724-837-0602-fax
                                          PA ID 71830

[colecchia542@comcast.net](mailto:colecchia542@comcast.net)