UNITED STATES BANKRUPTCY COURT
WESTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| In re:<br>William Edward Tabor and Nancy Jane Tabor,<br>Debtor(s), | Bankruptcy Case No.: 18-23487-TPA<br><br>Chapter: 13 |
| William Edward Tabor and Nancy Jane tabor,<br>Movant(s), | Docket Document No. 173<br>Related to DD Nos. 166, 167 |
| vs.<br><br>Aaron's Advanced Disposal<br>Amerimark Premier Chase Mortgage<br>Chrysler Capital Collection Service<br>Center Credit Collections/USA<br>Credit Management Company<br>First Premier Bank FNB Consumer<br>Discount Company JPMorgan Chase Bank, N.A., et al Midland Funding<br>Midland Funding LLC Montgomery Ward Peoples Natural Gas Company LLC Plain Green<br>Premier Bankcard, LLC<br>Radius Global Solutions<br>REGENCY FINANCE COMPANY - UNIONTOWN<br>Santander Consumer USA Select Portfolio Servicing, Inc. Tek-Collect Incorporated West Penn Power and Ronda Winnecour chapter 13 Trustee,<br>Respondents, | |

CERTIFICATE OF NO OBJECTION REGARDING DEBTORS' EXPEDITED MOTION TO DISMISS BANKRUPTCY

The undersigned hereby certifies that, as of 11:25 AM September 8, 2021, 2021, no answer, objection or other responsive pleading to Debtors' Expedited Motion to Dismiss Bankruptcy filed August 5, 2021 at Document 166 with Response Deadline filed August 31, 2021 at Document 166 and served on September 2nd at Document 170 has been received.

The undersigned further certifies that the Court's Docket in this case was reviewed on September 8, 2021 at 11:20 AM and no answer, objection, or other responsive pleading to it appears thereon.  Pursuant to the Order Setting Hearing with Response Deadline filed at Document 167, responses to the motion were to be filed and served no later than September 7, 2021.

It is hereby respectfully requested that the Proposed Order of Court attached to the Motion filed at Docket Document No.166 be implemented.

EXECUTED ON: September 8, 2021        /s/, David A. Colecchia, Esquire
                                                                                     David A. Colecchia & Associates
                                                                                     Law Care
                                                                                     324 S. Maple Ave.
                                                                                     Greensburg, PA 15601
                                                                                     724-837-2320
                                                                                     PA ID 71830
                                                                                     colecchia542@comcast.net