FILED
9/9/21 12:30 pm
CLERK
U.S. BANKRUPTCY
COURT - WDPA

UNITED STATES BANKRUPTCY COURT
WESTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| In RE:  William Edward Tabor and Nancy Jane Tabor,<br>                    Debtors,<br>William Edward Tabor and Nancy Jane Tabor,<br>                    Movants,<br>               V.<br><br>Aaron's Advanced Disposal<br>Amerimark Premier Chase Mortgage<br>Chrysler Capital Collection Service<br>Center Credit Collections/USA<br>Credit Management Company<br>First Premier Bank FNB Consumer Discount Company JPMorgan Chase Bank, N.A., et al Midland Funding<br>Midland Funding LLC Montgomery Ward Peoples Natural Gas Company LLC Plain Green<br>Premier Bankcard, LLC<br>Radius Global Solutions<br>REGENCY FINANCE COMPANY - UNIONTOWN<br>Santander Consumer USA Select Portfolio Servicing, Inc. Tek-Collect Incorporated West Penn Power and Ronda Winnecour chapter 13 Trustee,<br>                    Respondents, | Case No.  18-23487-TPA<br>Chapter 13<br><br><br><br>Related to Document No.<br>Docket Document No. 166 |

## ORDER OF COURT

   *AND NOW*, this   9th   day of    September   , 20 21 , upon consideration of the Debtors' Motion to Expedite hearing, or in the Alternative Motion to Dismiss Bankruptcy, it is hereby ORDERED that the Debtor's Motion to Dismiss is GRANTED.

   The Debtor's bankruptcy case is therefore DISMISSED as of the date of this Order, pursuant to 11 USC §1307(b).

A separate Order shall be issued detailing the effects of said dismissal.

This dismissal is WITHOUT PREJUDICE.

_____asg_____
United States Bankruptcy Judge

United States Bankruptcy Court

Western District of Pennsylvania

In re:  
William Edward Tabor  
Nancy Jane Tabor  
    Debtors

Case No. 18-23487-TPA  
Chapter 13

# CERTIFICATE OF NOTICE

District/off: 0315-2      User: mgut      Page 1 of 3  
Date Rcvd: Sep 09, 2021      Form ID: pdf900      Total Noticed: 29

The following symbols are used throughout this certificate:  
**Symbol    Definition**

+      Addresses marked '+' were corrected by inserting the ZIP, adding the last four digits to complete the zip +4, or replacing an incorrect ZIP. USPS regulations require that automation-compatible mail display the correct ZIP.

++      Addresses marked '++' were redirected to the recipient's preferred mailing address pursuant to 11 U.S.C. 342(f)/Fed.R.Bank.P.2002(g)(4).

**Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Sep 11, 2021:**

| Recip ID | | Recipient Name and Address |
|---|---|---|
| db/jdb | + | William Edward Tabor, Nancy Jane Tabor, P.O. Box 339, Fayette City, PA 15438-0339 |
| cr | + | Santander Consumer USA Inc. dba Chrysler Capital, P.O. Box 961245, Fort Worth, TX 76161-0244 |
| cr | + | Select Portfolio Servicing, Inc., et al, 3217 S. Decker Lake Drive, Salt Lake City, UT 84119-3284 |
| 14917422 | + | Aaron's, 575 Morgantown Road, Uniontown, PA 15401-5431 |
| 14909093 | | Advanced Disposal, P.O. Box 74008053, Chicago, IL 60674-8053 |
| 14909096 | + | Chrysler Capital, P. O. Box 961275, Fort Worth, TX 76161-0275 |
| 14909101 | + | FNB Consumer Discount Corporation, c/o First National Bank of PA, Attn.: Legal Department, 3015 Glimcher Boulevard, Hermitage, PA 16148-3343 |
| 14909100 | + | First Premier Bank, 601 South Minnesota Avenue, Sioux Falls, SD 57104-4868 |
| 14937194 | + | Peoples Natural Gas Company LLC, c/o S. James Wallace, P.C., 845 N. Lincoln Avenue, Pittsburgh, PA 15233-1828 |
| 14951242 | + | REGENCY FINANCE COMPANY - UNIONTOWN, c/o Mariner Finance LLC, 8211 Town Center Dr., Nottingham, MD 21236-5904 |
| 14909105 | + | Radius Global Solutions, P.O. Box 390846, Minneapolis, MN 55439-0846 |
| 14909106 | | Santader Consumer USA, Bankruptcy Dept., P.O. Box 560284, Dallas, TX 75356-0284 |
| 15053591 | | Select Portfolio Servicing, Inc., PO Box 65250, Salt Lake City, UT 84165-0250 |
| 14909107 | + | Tek-Collect Incorporated, 871 Park Street, Columbus, OH 43215-1441 |

TOTAL: 14

**Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.**  
Electronic transmission includes sending notices via email (Email/text and Email/PDF), and electronic data interchange (EDI). Electronic transmission is in Eastern Standard Time.

| Recip ID | | Notice Type: Email Address | Date/Time | Recipient Name and Address |
|---|---|---|---|---|
| cr | | Email/PDF: ais.chase.ebn@americaninfosource.com | Sep 09 2021 23:22:48 | JPMORGAN CHASE BANK, NATIONAL ASSOCIATION, et al.., 3415 Vision Drive, Columbus, OH 43219 |
| 14909094 | + | Email/Text: bankruptcy@sccompanies.com | Sep 09 2021 23:15:00 | Amerimark Premier, 1112 7th Avenue, Monroe, WI 53566-1364 |
| 14909097 | + | Email/Text: bankruptcy@firstenergycorp.com | Sep 09 2021 23:16:00 | Collection Service Center, 839 5th Avenue, New Kensington, PA 15068-6303 |
| 14909098 | + | Email/Text: ccusa@ccuhome.com | Sep 09 2021 23:15:00 | Credit Collections/USA, 16 Distributor Drive, Suite 1, Morgantown, WV 26501-7209 |
| 14909099 | + | Email/Text: bdsupport@creditmanagementcompany.com | Sep 09 2021 23:16:00 | Credit Management Company, 2121 Noblestown Road, Pittsburgh, PA 15205-3956 |
| 15390117 | | Email/Text: JCAP_BNC_Notices@jcap.com | Sep 09 2021 23:16:00 | JEFFERSON CAPITAL SYSTEMS LLC, PO Box 7999, St Cloud MN 56302 |
| 14909095 | | Email/PDF: ais.chase.ebn@americaninfosource.com | Sep 09 2021 23:22:48 | Chase Mortgage, P. O. Box 24696, Columbus, OH 43224 |
| 14946469 | | Email/PDF: ais.chase.ebn@americaninfosource.com | Sep 09 2021 23:22:54 | JPMorgan Chase Bank, N.A., et al, Chase Records Center, ATTN: Correspondence Mail, Mail Code LA4-5555, 700 Kansas Lane, Monroe, LA 71203 |
| 14909102 | + | Email/Text: bankruptcydpt@mcmcg.com | Sep 09 2021 23:16:00 | Midland Funding, c/o Encore Capital Group Inc., 350 Camino De Le Reina #100, San Diego, CA |

| District/off: 0315-2 | User: mgut | Page 2 of 3 |
|---|---|---|
| Date Rcvd: Sep 09, 2021 | Form ID: pdf900 | Total Noticed: 29 |

| Recip ID | | Notice Type | Date | Name and Address |
|---|---|---|---|---|
| | | | | 92108-3007 |
| 14936342 | + | Email/Text: bankruptcydpt@mcmcg.com | Sep 09 2021 23:16:00 | Midland Funding LLC, PO Box 2011, Warren, MI 48090-2011 |
| 14909103 | + | Email/Text: bankruptcy@sccompanies.com | Sep 09 2021 23:16:00 | Montgomery Ward, 1112 7th Avenue, Monroe, WI 53566-1364 |
| 14933638 | + | Email/Text: bankruptcy@sccompanies.com | Sep 09 2021 23:16:00 | Montgomery Ward, c/o Creditors Bankruptcy Service, P.O. Box 800849, Dallas, TX 75380-0849 |
| 14909104 | | Email/Text: bankruptcypgl@plaingreenloans.com | Sep 09 2021 23:16:00 | Plain Green, 93 Mack Road Suite 600, Box Elder, MT 59521 |
| 14930192 | + | Email/Text: JCAP_BNC_Notices@jcap.com | Sep 09 2021 23:16:00 | Premier Bankcard, Llc, Jefferson Capital Systems LLC Assignee, Po Box 7999, Saint Cloud Mn 56302-7999 |
| 14915180 | + | Email/Text: bankruptcy@firstenergycorp.com | Sep 09 2021 23:16:00 | West Penn Power, 5001 NASA Blvd, Fairmont WV 26554-8248 |

TOTAL: 15

## BYPASSED RECIPIENTS

The following addresses were not sent this bankruptcy notice due to an undeliverable address, *duplicate of an address listed above, *P duplicate of a preferred address, or ## out of date forwarding orders with USPS.

| Recip ID | Bypass Reason | Name and Address |
|---|---|---|
| cr | | U.S. Bank, N.A. |
| cr | | U.S. Bank, N.A., successor trustee to LaSalle Bank |
| 15336801 | | Westlake Financial Services 4751 Wilshire Blvd #1 |
| cr | *P++ | JEFFERSON CAPITAL SYSTEMS LLC, PO BOX 7999, SAINT CLOUD MN 56302-7999, address filed with court:, Jefferson Capital Systems, LLC, PO Box 7999, St Cloud, MN 56302-9617 |
| cr | *+ | Peoples Natural Gas Company LLC, c/o S. James Wallace, P.C., 845 N. Lincoln Ave., Pittsburgh, PA 15233-1828 |

TOTAL: 3 Undeliverable, 2 Duplicate, 0 Out of date forwarding address

## NOTICE CERTIFICATION

I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed .R. Bank. P.2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Sep 11, 2021            Signature:            /s/Joseph Speetjens

---

## CM/ECF NOTICE OF ELECTRONIC FILING

**The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on September 9, 2021 at the address(es) listed below:**

| Name | Email Address |
|---|---|
| Brian Nicholas | on behalf of Creditor U.S. Bank N.A., successor trustee to LaSalle Bank National Association, on behalf of the holders of Bear Stearns Et Al... bnicholas@kmllawgroup.com |
| David A. Colecchia | on behalf of Debtor William Edward Tabor colecchia542@comcast.net dcolecchia@my-lawyers.us;jmonroe@my-lawyers.us;sshipley@my-lawyers.us;skerr@my-lawyers.us |
| David A. Colecchia | on behalf of Joint Debtor Nancy Jane Tabor colecchia542@comcast.net |

| | | |
|---|---|---|
| District/off: 0315-2 | User: mgut | Page 3 of 3 |
| Date Rcvd: Sep 09, 2021 | Form ID: pdf900 | Total Noticed: 29 |

    dcolecchia@my-lawyers.us;jmonroe@my-lawyers.us;sshipley@my-lawyers.us;skerr@my-lawyers.us

Kevin Scott Frankel
    on behalf of Creditor JPMORGAN CHASE BANK NATIONAL ASSOCIATION, et al... pabk@logs.com, logsecf@logs.com

Kevin Scott Frankel
    on behalf of Creditor Select Portfolio Servicing Inc., et al pabk@logs.com, logsecf@logs.com

Kristen D. Little
    on behalf of Creditor Select Portfolio Servicing Inc., et al pabk@logs.com, klittle@logs.com;logsecf@logs.com

Kristen D. Little
    on behalf of Creditor U.S. Bank N.A. pabk@logs.com, klittle@logs.com;logsecf@logs.com

Kristen D. Little
    on behalf of Creditor U.S. Bank N.A., successor trustee to LaSalle Bank National Association, on behalf of the holders of Bear Stearns Et Al... pabk@logs.com, klittle@logs.com;logsecf@logs.com

Office of the United States Trustee
    ustpregion03.pi.ecf@usdoj.gov

Ronda J. Winnecour
    cmecf@chapter13trusteewdpa.com

S. James Wallace
    on behalf of Creditor Peoples Natural Gas Company LLC ecfpeoples@grblaw.com PNGbankruptcy@peoples-gas.com

William E. Craig
    on behalf of Creditor Santander Consumer USA Inc. dba Chrysler Capital ecfmail@mortoncraig.com mhazlett@mortoncraig.com;mortoncraigecf@gmail.com

TOTAL: 12