**UNITED STATES BANKRUPTCY COURT**
**WESTERN DISTRICT OF PENNSYLVANIA**

IN RE:

WILLIAM EDWARD TABOR
NANCY JANE TABOR
    Debtor(s)

Ronda J. Winnecour
    Movant
  vs.
No Respondents.

Case No.:18-23487 TPA

Document No.:

### TRUSTEE'S REPORT OF RECEIPTS AND DISBURSEMENTS

Ronda J. Winnecour, Trustee for the above case, submits the following final report and account of the administration of the estate pursuant to 11 USC 1302 (b) (1).

   1. The case was filed on 08/31/2018 and confirmed on 12/12/2018. The case was subsequently (B)DISMISSED AFTER CONFIRMATION FUNDS TO DEBTOR

   2. The Trustee made the following disbursements.

| | | |
|---|---:|---:|
| Total Receipts | | 37,098.00 |
| Less Refunds to Debtor | 0.00 | |
| TOTAL AMOUNT OF PLAN FUND | | 37,098.00 |
| Administrative Fees | | |
|   Filing Fee | 0.00 | |
|   Notice Fee | 0.00 | |
|   Attorney Fee | 4,920.00 | |
|   Trustee Fee | 1,889.67 | |
|   Court Ordered Automotive Insurance | 0.00 | |
| TOTAL ADMINISTRATIVE FEES | | 6,809.67 |

| Creditor Type / Creditor Name | Claim Amount | Prin Paid | Int Paid | Total Paid |
|---|---:|---:|---:|---:|
| **Secured** | | | | |
| US BANK NA - TRUSTEE<br>Acct: 6326 | 1,199.68 | 1,199.68 | 0.00 | 1,199.68 |
| US BANK NA - TRUSTEE<br>Acct: 6326 | 0.00 | 13,932.26 | 0.00 | 13,932.26 |
| REGENCY FINANCE CO<br>Acct: 2026 | 5,031.43 | 0.00 | 0.00 | 0.00 |
| AARONS INC(*)<br>Acct: | 1,000.00 | 0.00 | 15.28 | 15.28 |
| SANTANDER CONSUMER USA**<br>Acct: 5182 | 9,669.06 | 9,669.06 | 2,403.72 | 12,072.78 |
| SANTANDER CONSUMER USA D/B/A CHRY<br>Acct: 7600 | 0.00 | 0.00 | 0.00 | 0.00 |
| US BANK NA - TRUSTEE<br>Acct: 6326 | 0.00 | 0.00 | 0.00 | 0.00 |
| | | | | 27,220.00 |
| **Priority** | | | | |
| DAVID A COLECCHIA ESQ<br>Acct: | 0.00 | 0.00 | 0.00 | 0.00 |

| Creditor Type    Creditor Name | Claim Amount | Prin Paid | Int Paid | Total Paid |
|---|---|---|---|---|
| **Priority** | | | | |
| WILLIAM EDWARD TABOR<br>Acct: | 0.00 | 0.00 | 0.00 | 0.00 |
| LAW CARE<br>Acct: | 0.00 | 0.00 | 0.00 | 0.00 |
| DAVID A COLECCHIA ESQ<br>Acct: | 3,920.00 | 3,920.00 | 0.00 | 0.00 |
| DAVID A COLECCHIA ESQ<br>Acct: | 1,000.00 | 1,000.00 | 0.00 | 0.00 |
| DAVID A COLECCHIA ESQ<br>Acct: | 3,500.00 | 0.00 | 0.00 | 0.00 |
| PEOPLES NATURAL GAS CO LLC*<br>Acct: 2140 | 0.00 | 0.00 | 0.00 | 0.00 |
| US BANK NA - TRUSTEE<br>Acct: 6326 | 0.00 | 0.00 | 0.00 | 0.00 |
| WESTLAKE SERVICES LLC**<br>Acct: 0143 | 3,068.33 | 3,068.33 | 0.00 | 3,068.33 |
| | | | | 3,068.33 |
| **Unsecured** | | | | |
| WEST PENN POWER*<br>Acct: 5886 | 195.97 | 0.00 | 0.00 | 0.00 |
| ADVANCED DISPOSAL<br>Acct: 1342 | 0.00 | 0.00 | 0.00 | 0.00 |
| AMERIMARK PREMIER<br>Acct: 904A | 0.00 | 0.00 | 0.00 | 0.00 |
| COLLECTION SERVICE CENTER INC<br>Acct: C7SV | 0.00 | 0.00 | 0.00 | 0.00 |
| COLLECTION SERVICE CENTER INC<br>Acct: VW7N | 0.00 | 0.00 | 0.00 | 0.00 |
| CREDIT COLLECTIONS USA<br>Acct: 5301 | 0.00 | 0.00 | 0.00 | 0.00 |
| CREDIT MANAGEMENT CO<br>Acct: 6439 | 0.00 | 0.00 | 0.00 | 0.00 |
| PREMIER BANKCARD LLC; JEFFERSON C/<br>Acct: 0213 | 432.15 | 0.00 | 0.00 | 0.00 |
| MIDLAND FUNDING LLC<br>Acct: 5044 | 591.39 | 0.00 | 0.00 | 0.00 |
| MIDLAND FUNDING<br>Acct: 3446 | 0.00 | 0.00 | 0.00 | 0.00 |
| MONTGOMERY WARDS**<br>Acct: 9290 | 219.70 | 0.00 | 0.00 | 0.00 |
| PLAIN GREEN LOANS LLC*<br>Acct: 2127 | 973.35 | 0.00 | 0.00 | 0.00 |
| TEK COLLECT<br>Acct: 9961 | 0.00 | 0.00 | 0.00 | 0.00 |
| PEOPLES NATURAL GAS CO LLC*<br>Acct: 1293 | 905.83 | 0.00 | 0.00 | 0.00 |
| MIDLAND FUNDING LLC<br>Acct: 0871 | 635.68 | 0.00 | 0.00 | 0.00 |
| SANTANDER CONSUMER USA D/B/A CHRY<br>Acct: 7600 | 16,540.93 | 0.00 | 0.00 | 0.00 |
| KEVIN S FRANKEL ESQ<br>Acct: | 0.00 | 0.00 | 0.00 | 0.00 |
| WILLIAM E CRAIG ESQ<br>Acct: | 0.00 | 0.00 | 0.00 | 0.00 |
| KML LAW GROUP PC*<br>Acct: | 0.00 | 0.00 | 0.00 | 0.00 |
| RADIUS GLOBAL SOLUTIONS<br>Acct: | 0.00 | 0.00 | 0.00 | 0.00 |

| 18-23487 TPA | **TRUSTEE'S REPORT OF RECEIPTS AND DISBURSEMENTS** | | | Page 3 of 3 |
|---|---|---|---|---|
| Creditor Type   Creditor Name | Claim Amount | Prin Paid | Int Paid | Total Paid |

\* \* \* N O N E \* \* \*

| TOTAL PAID TO CREDITORS | | 30,288.33 |
|---|---|---|
| TOTAL CLAIMED | | |
| PRIORITY | 3,068.33 | |
| SECURED | 16,900.17 | |
| UNSECURED | 20.495.00 | |

Date: 11/04/2021

/s/ Ronda J. Winnecour

RONDA J WINNECOUR PA ID #30399
CHAPTER 13 TRUSTEE WD PA
600 GRANT STREET
SUITE 3250 US STEEL TWR
PITTSBURGH, PA  15219
(412) 471-5566
cmecf@chapter13trusteewdpa.com